UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM,<br><br>Defendant. | Case No.: 23-CV-2184 TWR (DDL)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>(ECF No. 15) |

Presently before the Court are Defendant Charter Communication's *Ex Parte* Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (ECF No. 15, "Mot."), Plaintiff Thane Charman's Opposition (ECF No. 16) to, and Defendant's Reply (ECF No. 18) in support of the Motion. Through its Motion, Defendant seeks a thirty-day extension of time to respond to the Complaint on the grounds that (1) while they have been diligent, Defendant and its counsel need additional time to investigate Plaintiff's claims, as the alleged actions occurred more than four years ago, (Mot. at 1, ¶¶ 16, 20); and (2) Defendant's counsel "have multiple other upcoming deadlines and commitments (*e.g.*, substantive briefing in other matters and other court appearances.)," (*id.* ¶ 20). While press of business does not constitute good cause for the requested extension, Defendant's counsel's need for additional time to investigate Plaintiff's claims so that it can respond

1 properly to the First Amended Complaint provides sufficient grounds for the extension.
2 Accordingly, the Court **GRANTS** Defendant's Motion.  Defendant shall respond to the
3 First Amended Complaint (ECF No. 4) on or before <u>May 17, 2024</u>.

**IT IS SO ORDERED.**

Dated:  April 16, 2024

_____
Honorable Todd W. Robinson
United States District Judge