# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM,<br><br>Defendant. | Case No.: 23-CV-2184 TWR (DDL)<br><br>**ORDER GRANTING JOINT STUPILATION OF DISMISSAL**<br><br>(ECF No. 97) |

Presently before the Court is the Parties' Joint Stipulation of Dismissal (ECF No. 97). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 7.2, the Court **GRANTS** the Joint Stipulation of Dismissal. As requested by the Parties, Plaintiff Thane Charman's claims are **DISMISSED WITH PREJUDICE** in their entirety, and each Party shall bear its own costs and fees. The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: September 18, 2025

_____
Honorable Todd W. Robinson
United States District Judge